# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )  Case No. 21-mj- 148-01-AJ
INFORMATION ASSOCIATED WITH THE GOOGLE DRIVE ACCOUNT  )
USERNAME MIKE.CLEMENCE@GMAIL.COM THAT IS STORED AT  )
PREMISES CONTROLLED BY GOOGLE LLC, 1600 AMPHITHEATRE  )
PARKWAY, MOUNTAIN VIEW, CA 94043  )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
   See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:
   See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   ☑ evidence of a crime;
   ☐ contraband, fruits of crime, or other items illegally possessed;
   ☐ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §2252(a)(4)(B) | Possession of Child Pornography |

The application is based on these facts:
Affidavit of Ronald Morin

   ☑ Continued on the attached sheet.
   ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Ronald Morin
*Applicant's signature*

Ronald Morin, Special Agent HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference** *(specify reliable electronic means)*.

Date: **Jun 7, 2021**

*Judge's signature*

City and state: Concord, New Hampshire      Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*