UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| INFORMATION ASSOCIATED | ) | |
| WITH THE GOOGLE DRIVE | ) | |
| ACCOUNT USERNAME | ) | No.: 21-mj- 148-01-AJ |
| MIKE.CLEMENCE@GMAIL.COM | ) | |
| THAT IS STORED AT PREMISES | ) | |
| CONTROLLED BY GOOGLE LLC, | ) | FILED UNDER SEAL |
| 1600 AMPHITHEATRE PARKWAY, | ) | |
| MOUNTAIN VIEW, CA 94043. | ) | |

MOTION TO SEAL AT LEVEL II: ENTIRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for **90** days, expiring on **September 5, 2021.**

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the supporting affidavit contains information identifying the target of the investigation. Investigators believe that there may be other targets who are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered in the investigation. Should information identifying the target and the evidence

Motion To Seal Entire Matter Related to Search Warrant Application
Page 2 of 2

against be released, it may cause other targets to flee, destroy evidence, or change their patterns of behavior.

    This motion is not intended to preclude the executing officer from serving a copy of the warrant and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOHN J. FARLEY<br>Acting United States Attorney |
| Dated: June 7, 2021 | By: /s/ Kasey A. Weiland<br>Kasey A. Weiland<br>Assistant United States Attorney<br>Virginia Bar No. 82785<br>United States Attorney's Office<br>53 Pleasant Street, 4th Floor<br>Concord, NH   03301<br>(603) 225-1552<br>kasey.weiland2@usdoj.gov |

Motion:    ☑ Granted    ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: **Jun 7, 2021**