IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE GOOGLE, DRIVE ACCOUNT USERNAME MIKE.CLEMENCE@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043. . | Case no. 1:21-mj- 148-01-AJ<br><br>**Under Seal** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant until December 4, 2021.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, LLC shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days, except that Google, LLC may disclose the attached warrant to an attorney for Google, LLC for the purpose of receiving legal advice.

2

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

**Jun 7, 2021**
Date:

_____
Andrea K. Johnstone
United States Magistrate Judge