AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21-mj- 148-01-AJ
INFORMATION ASSOCIATED WITH THE GOOGLE DRIVE )
ACCOUNT USERNAME MIKE.CLEMENCE@GMAIL.COM THAT IS )
STORED AT PREMISES CONTROLLED BY GOOGLE LLC, 1600 )
AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CA 94043 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Northern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____June 21, 2021____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Andrea K. Johnstone____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 5:06 PM, Jun 7, 2021
_____ *Andrea K. Johnstone*
Judge's signature

City and state: Concord, New Hampshire
Andrea K. Johnstone, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>21-mj- 148-01-AJ | Date and time warrant executed:<br>06/08/2021 @ 1632 HRS | Copy of warrant and inventory left with:<br>Google |
| Inventory made in the presence of : SA SHAWN SERRA ||| 
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>DATA FILES ASSOCIATED WITH GOOGLE ACCOUNT:<br>mike.clemence@gmail.com |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/15/2021

_____
Executing officer's signature

RONALD MORIN / SPECIAL AGENT, HSI
Printed name and title

## Morin, Ronald M

| | |
|---|---|
| **From:** | lers@google.com |
| **Sent:** | Tuesday, June 8, 2021 4:32 PM |
| **To:** | Morin, Ronald M |
| **Subject:** | LERS Submission Confirmation - Google Reference. No. 6005713 |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

This is an automated response to advise you that Google Legal Investigations Support has successfully received your legal request submission.

Google receives a very high volume of legal process every day. The team processes legal requests in the order that we receive them. You may monitor the status of your request by logging into your LERS account.

If your request relates to exigent circumstances or if you have further questions, please email USLawEnforcement@google.com and include the Google reference number listed in the subject line. Please include a description of the exigency or your question(s) so that we may assess your request accordingly.

Regards,
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

06/15/21

Special Agent Ronald Morin
Department of Homeland Security
275 Chestnut Street, Suite 307
Manchester, NH 03101

**Re: Search Warrant dated June 07, 2021 (Google Ref. No. 6005713)**
*MF07QR20BO0002*

Dear Special Agent Morin:

    Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

    Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *MIKE.CLEMENCE@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

---

[1] See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information. Please note that Google does not store unmasked billing records for Google accounts without Google Pay profiles.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Albert Sanchez
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

### CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *MIKE.CLEMENCE@GMAIL.COM*, with Google Ref. No. 6005713 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Albert Sanchez_____          Date: 06/15/21
(Signature of Records Custodian)


   Albert Sanchez
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

## Attachment A: Hash Values for Production Files (Google Ref. No. 6005713)

mike.clemence.Drive.Metadata.Preserved.zip:

MD5- 69fe8140711d60f51f2ff0196bdc9d64
SHA512-
8294ab98e2624973cd7b01b92e1abd8fb7f72211fb4d8b3110c13712d5ff9d3b13e81e8af5a82def54
ea0d816661b912b4b55fabba4ada3989ab63825fe47fb1

mike.clemence.Drive.Metadata.zip:

MD5- 8f7f32705102a6bf351ebb10fe04666d
SHA512-
99ea19697b118518265f47c24502c536fbc847bab72d9cf8150383edcb455f92fb15c64996903808f
bd535e9ce26c57b0e5b6b8f25930e34a65cb0ff1a659675

mike.clemence.Drive.Preserved.zip:

MD5- b38b5aa5186b28eca2b069a163618041
SHA512-
cf02659c538bd49d9a0e1db5e8c4041530cca456c7dea8cd1d516fa89f1df17db6a9a99ab1aef91cf9
ce15091fdb7e31a53d809c1b9e8b9b92a19841b708a692

mike.clemence.Drive.zip:

MD5- d9e6f590286188eed2b6d095062458f6
SHA512-
c6b2a7549defe0c092795cf8a2023ba358ec1669d818c7a700e039876b096b55cba94a28157754ad9
290c7cc4e70f4d95732751322ffc22191a279891c68a11c

mike.clemence.Gmail.Contacts.Preserved.vcf:

MD5- e9fac8c99302612ed577c4b73520a096
SHA512-
0a33556b1ec432ca035dec065e40598a86dfaed5fdb3f5fb5bf1020d27d5c7a19f4acf2d69f45025e15
73d27b272461620724809aaebfd49dcff1d28d9840978

mike.clemence.Gmail.Contacts.vcf:

MD5- 144302044cd2e181342fb0e995f8764c
SHA512-
dcb3cdcdbdd298ac60b866970baf5ba24b2ff7eaba88d104e8aafa3ee9755e39d83b2bc0a37ffb3e40
70ac4162651841c5465deb392bf927ba5663aa30690b95



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.AccountActivity.Devices_001.zip:

MD5- 3bd522181c20e829f4bcc840b40a16f0
SHA512- 5e55ef1bef6a7bef6709ffc6bdb2d8f96f0eb9d5af63d209e2ffdb5e6d25db7e0d3dfb21e76f0f74fc490cf729006290d4b8693f5f80dc62b1c12e8f3647d27f

mike.clemence@gmail.com.220619076554.Calendar.Calendars_001.zip:

MD5- 1f8a1446cfb2d0aaa4e19eb28b4d0d7f
SHA512- faf7f0da5e7ea0d0cd578bd05e89c8bdae9f8425371d7e51f4fd2a6588c9a12ec6c2599627412991dd071f927113ff04dc09ff2957978bb776674180122830003

mike.clemence@gmail.com.220619076554.DriveMobileBackups.Backup_001.001.zip:

MD5- dbb3106e56b2e583325d889dbdddbae0
SHA512- de5ac034817a34bbf1224b8fc8e5f5f884a7c8de1947b758ef0162006b35159baf33dd146a9f5ff405382af2441b6d30c6a6730687d81f620c0226fa18bccec1

mike.clemence@gmail.com.220619076554.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- 643060de5708d6a9e8488566a07e3a47
SHA512- b2b30d85b2637b92142016465aafab0e59cf148eed023379ce6b8b792da6d06fb9adaf5a2123bec3e42859929df4c01445719cf40bfe2c3002ce2cff20270420

mike.clemence@gmail.com.220619076554.GoogleAccount.ChangeHistory_001.zip:

MD5- dc5ca54070f294d26888a0c1628ad56e
SHA512- 95aa85feb601e1a0c06833fbf418f57b548ad5fe3d8fb02d3e74e9d109146d031f915ee127b15daa8938dac2b401527b6c3eaa69fc15ddfbebd622c138499b2e

mike.clemence@gmail.com.220619076554.GoogleAccount.SubscriberInfo_001.zip:

MD5- 71a6985f023294c73a5a3cc0a6a40570
SHA512- d51a7630dd78f6fb0a472ab8e7c1b922755ecb8bd9150f012c8627f1291f37b3a76d8cd71523af28f6fe114498d9bb213504066e8e937637285a3ac51c6039fc



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.GoogleChat.GroupInfo_001.zip:

MD5- 5008a345e9a0ebb0734dc208e306a8ea
SHA512-
1feeeaee1ddcb3f543e2f366f6f7ede1b92729cd5824f09a35fe005d4d02bacbac71bdab2ba049f9535
49b26c8617e86286da3a2effc7ea664ae79ee43a8fba4

mike.clemence@gmail.com.220619076554.GoogleChat.GroupTasks_001.001.zip:

MD5- f8d6e7f0a0518401f99b14899e3367f3
SHA512-
b0f618fc017d1d45c5c32d7fe8e92a63158b153e3cac2b96813cf649c341913529297102fc1092054
50f51ebc22f0f6f16576bb250794bcf2edb9186b5f64891

mike.clemence@gmail.com.220619076554.GoogleChat.GroupTasks_001.Preserved.zip:

MD5- 907be7edd07354a51bb9504d02fd1f47
SHA512-
0f3727efbb235a772514fc28e0efe91de26244c47cf5c6f076ae0dfcec0da44db0144b0611fdd63a6e9
5d956f3d864f7b2e1f0a72c94c74811723c5116aacdc7

mike.clemence@gmail.com.220619076554.GoogleChat.Messages_001.zip:

MD5- 8c705954b3af0523063a540d9f95ab73
SHA512-
7c1a8c7b0dc85bdee4e30890dedbe45707bca993d2cd9751b1d13e0c2b8769123fff95303f5a845e8
deb778a0f855bb2f21897076473177eddf906c07191895a

mike.clemence@gmail.com.220619076554.GoogleChat.UserInfo_001.zip:

MD5- 5f6153de9a354987b8c8b5a3c3772209
SHA512-
b241c50a4e08879d80d48030b0fa30bd1e68351ecbc297ad070fbd14a752885590ae6426b5b3745c
e00a1efbd3552aa5f23af509b904cbd2e8fa1458ed9a5ee3

mike.clemence@gmail.com.220619076554.GooglePay.CustomerInformation_001.001.zip:

MD5- 0396a79ae1a8657432ecdb493c68fe5d
SHA512-
5dbdf66eabcaec79260f312efc763f0105b9e50ae51cbdf64a80f59f6f60fb2cb6257a1982df6934f01e
9bcb484bf54f9407c1dc6d7b0a9045dc07360a30b272



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.GooglePay.CustomerInformation_001.Preserved.zip:

MD5- 0e56446925fb4d30c71b1d148ea9377b
SHA512-
ad9e926620bb3339fcf98663fb458a466fcb932258772c976c681477153d4ce9d9b4f4eb0e4fb5b66
ecd2422a7861e15f3e1847ce3b9ffdec8219397c8390961

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_001.001.zip:

MD5- e85bc38919d389f7c7a8be8da1f23093
SHA512-
4869e75b46f97449ae1137510db846e5de79b6d9d27580da9eb334d335b36c47468c68957d68793
81d70a06ebd94a7b05470ea47c090e63d7f69981ae50ace63

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 44f44109a93ccc67672fe05a865b16bd
SHA512-
8186301048dd874f200dd3971a8e68546f7220c50c04902144c12a2a155e4cbd52625e89cb68a3ce
98635f1c4ca3ff3fdbc86f3aabed04b1e2b6b9e6b237fa89

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_002.001.zip:

MD5- c62ce9730dab441f4474083b65ee9c4f
SHA512-
3b049b2e1fadb15c263f0670a0d2870cf4f33ab947ef249a9a8ff4637d81c149463bcdec7ae4023e51
4b5e7b7f9eb8db9f82d513615a4a26a530f1acbc9d57a8

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_002.Preserved.zip:

MD5- b97194f9d8056de562b0ce491181049a
SHA512-
0724920f4731cdd5242776dceeeed87e9b156d6561707b98bb5ce6605164186be5852ac8e2c8643d
abcc4e7a8a4c737ff3e1fa26bcea0878ab0a95950805d3f1

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_003.001.zip:

MD5- 10fd55e4f60d33c57b27332fbe85bb91
SHA512-
fbe991e2678a6edf74962eacf475dffbd569be42e675c20421f22bd9253735fd9abfdb795cf9d470bfe
aa345d76b154fd68136d7f891de779696d7f191f0f194



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_003.Preserved.zip:

MD5- a0adb35dca3741a49ca810bff20eefa8
SHA512-
7dc22ee723d0cc08c5f50645c2cba7b4d9a3889da142b6f7734cb7579bc3c74ecf32ec4f16b97670f0
9e3a20946bffc106f40ba84021c054c0af53f15da1f5d1

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_004.001.zip:

MD5- a91e600fed1a9c53cb6278ec32f84bd3
SHA512-
598d3131baa77e3f916ac76d110305012f4a4fd5ded7a3a5ca40c02c67f7597df74274907fe289871c
21ff5363e149b1dd9feccdc56322bfb24904bf2639fc79

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_004.Preserved.zip:

MD5- 8181759b5000a9c4dfed8ed3f462b955
SHA512-
14b17b95a2f18408469fcb1d767856d4ddcb2fc4cd38952eebcfddcb3f5db6cbc105fb7f40f46afb03
520d8e0dc29f33c988078b4d3a60612ab5a3dd3506aa3d

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_005.001.zip:

MD5- c971ed1eb1b130c405161e7a8e19e2b0
SHA512-
9c8ae8c1483bd77f6228a7d89888d3a808d0170f5ce2f02a301625d4fc00176f976d0a7f717a09f395
34fd9db656eec3a388fa8135ea175a5cd5c1189a898def

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_005.Preserved.zip:

MD5- 2471b2dd53f885086c51f0419a2e874b
SHA512-
0a92da9297066cfbc8c3d5d71580b498fafe02cd5f79d3d23da0bbed825b68e910177f0b6b3d39ff1e
0d64ecc40fe928ad378b2b1961e5c8e06e79c0d966831e

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_006.001.zip:

MD5- c3bc2e0425d4dc18f13c8ef0b4d9aa1e
SHA512-
9be8971365c85a93f87bebcd17da1bbf1f96c17b93638ecad7740f308aa9addb4a347919404064912
d694aa094099766363423e26e7d7ca8ba21e876c3662ce8



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.GooglePhotos.PhotoResource_006.Preserved.zip:

MD5- c72241a831937dc6309c6b6ca88f9cb9
SHA512-
4908bd8f0187793cf904e255a5292841689dd61028842668fc49aff7aae08a28b980f5f9e1e9f6c786
d05032654d39f948674550933fbbc35da9b851066c5b0a

mike.clemence@gmail.com.220619076554.Hangouts.ContentAndMetadata_001.001.zip:

MD5- 3287736cef03426ea7b851728576c4d8
SHA512-
4c55386d756d389c989ba9be9c07d9b0902bf5c857190012fcf0fc0bb3a81697b944fcf2d4a01705d
505db33a473131807d7050262d8b1b26141a12cffa266e2

mike.clemence@gmail.com.220619076554.Hangouts.ContentAndMetadata_001.Preserved.zip:

MD5- 234b53e62b7f05c317761f33f72a7b3d
SHA512-
412f8ac1b06f51a09027d80990d608f117f95f30e087bfa3c55379217c221e08ba1a002cb29579a87a
9bfb9310fa1faee893cd8c9fd77b902e8d44bd07cddeb5

mike.clemence@gmail.com.220619076554.LocationHistory.Records_001.zip:

MD5- 4383cb83eb536d29879242c935dd3ff7
SHA512-
a661935b33cc72311ebc01a211d91ac5b21147f265f8e7e05943ec906c7c1fa34679257f4a9ffe3973
b9752731d60f262e2857fee5d55e54701c813fb089021f

mike.clemence@gmail.com.220619076554.LocationHistory.SemanticLocationHistory_001.zip:

MD5- 35b3a7b322ed7539d06f5ad421a3f06c
SHA512-
c4100219579b0ccf12bc8bbdc12feb7fa84b374126528badf079fa9d3b82882752f72b42c9f4928cb6
5314a3d97424f077e92d9edc94d21a55117bb0b18df5a0

mike.clemence@gmail.com.220619076554.LocationHistory.Tombstones_001.zip:

MD5- e4793a5aa1ef32dbe8d05f0e77bc02f1
SHA512-
374d4bc9d11b132e4cb64b192187192693c947d3387947c42ecf34f42eedf8b0f8aeb42703dc12289
cf6c7123167a1117995279f8715d2a4cfbea8e519710b47



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.MyActivity.MyActivity_001.001.zip:

MD5- 79369405dff2c5f0c7563bb4faf74c2b
SHA512-
39e1251e2cdfb0a4ba66718229dd0a16a0fdbc218ff22d838ca309df226465eb00306fdbe3bb9af51221135978bc7d4367d4be28718b5f8b10b807b8b048fd0d

mike.clemence@gmail.com.220619076554.MyActivity.MyActivity_001.Preserved.zip:

MD5- 1d97367fda681278422c96c69da5711c
SHA512-
36ab5894d03db4d5d7483e9f06dfc64b0ef8a8053d1ca60d4d87ed93f26eb3f88711af34eeb5c3aafa4f6d7e4a3a2ce604378f6dcd4c46e4a2f29aa918cb496d

mike.clemence@gmail.com.220619076554.Preserved_001.AccountActivity.Devices_001.zip:

MD5- f9281a19448409a13b04c4919a47450d
SHA512-
a8273c33773a934978de7467f55b3023b5012b624d4ff0e8707904d9e35c2ca9189fa1a8055bc0de094b5761d8075abf7c3b970d95340fd4967ab7d5181c71c0

mike.clemence@gmail.com.220619076554.Preserved_001.Calendar.Calendars_001.zip:

MD5- c9eb6bc3e3eecdc924e21a2e591dce16
SHA512-
f6143a47ebbcb49714a633349c783620556ff5b49324f20f6616e3d2cb7040852cce12cb61085c53819a4a2ab8925bb58b13774fb3da77a66499c87c84ae0f18

mike.clemence@gmail.com.220619076554.Preserved_001.GoogleAccount.ChangeHistory_001.zip:

MD5- a403ffa5e7f307887f3404a8d4939b6e
SHA512-
afa18846f14c12c4f8f20805c6e780fe1f7cdcd1e6ed33474449d7c61485add30c34b9a87b51a17560e1a83289409c8c077494a33395d913b3876c4ab5c5c3f4

mike.clemence@gmail.com.220619076554.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 13dea19d5bf75203f5ca08d90e839300
SHA512-
3c9bd3db9b2199772f775d0c2f3fa4e62ff601ee0332977ee075f049b046155e2fdfd2aaabb41ea20158407e83f4289ecfbafa92b9a99ac2c31010ca3dc09e9b



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.220619076554.Preserved_001.GoogleChat.GroupInfo_001.zip:

MD5- 9f22625dc8a3b4144023d4887b1ef2aa
SHA512-
770d9b4929025132987fa82c284745c8b1ffd27f2e3684abc121fd8e8f0cb2c8ed211435ce5e64a807
7450785a19acd456703cab398ceaaf327588db439cd35d

mike.clemence@gmail.com.220619076554.Preserved_001.GoogleChat.Messages_001.zip:

MD5- 41fe9f4e97c0453f29d7c972577e13d7
SHA512-
14d348359c1b579c54678a8d3fad022f6c1c683b4164c4cabc65c61286dda582412492a7974f040f5
74d6fc589a90ee9e4bfc0c284972f89a354befc8d0ae995

mike.clemence@gmail.com.220619076554.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 798e2afcabee99ab23cf8d2528f998a7
SHA512-
5c4068ea46d60bf45a9b78ac55ecf9c5c90b4cf3f2b4a46d9cd63b8a0974826e40158862c3caad5877
c83ebac1c9365c7b3e734094c08841bb38cec76036bf65

mike.clemence@gmail.com.3706508638607404833.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- 00b596efb52116e996651bff9c00f9e1
SHA512-
9da156761d869288ab4c366d3a4f6c52ab8e3cbc37e9c6f79c25497eba0d559afaa8a78867a043543
c8473fcb1ff055a9c87e1c6a143638eedb477ad824ed2d0

mike.clemence@gmail.com.4452091491548863363.AndroidDeviceConfigurationService.DeviceAndUserProfile_001.zip:

MD5- d7118912d83db2e7891f1622178ea897
SHA512-
0f935c279b6ea2728e340e02dc64767b1ef9747766659f9199c06ea51e08a769d0697e8e6d3d372d8
58d184a78dd36f50548c6d7d249951fe9591ef71be7416b

mike.clemence@gmail.com.Gmail.Content.Preserved.mbox:

MD5- 2a3bb7abd53421a9ab0d83483171035f
SHA512-
0a57d9776b8e6d2c63c199311909ecad424caedea43ab83954e8d2fd8318b353315dbee882d55e6d
1d60251b4402f3b2809fcc3b2a6b99cc85fd20bceda295b6



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

mike.clemence@gmail.com.Gmail.Content.mbox:

MD5- 8dc0507ba6830b5cf727b9fe6046b276
SHA512-
579d98b2f15d35f1c3949c88fdea9b6fcad71572c2c4b579c62018a2e96cdf3278a4880ced234b2ab9f3d9457790f5890ba302101aa24dbd581890f0d2cf4271

mike.clemence@gmail.com.SavedPlaces.1.zip:

MD5- 6ad90d607292509a6f254de7fccbfa5d
SHA512-
64fb69107946c42b16405f31537f932ad1ae01caa57ce09b143f1b239a8eb1629a92369ce9ac6925ee1724b5d292d8755867b5714a8e48cf3657cdadd2324379

mike.clemence@gmail.com.SavedPlaces.2.zip:

MD5- 1639db4371bc97d87b384d7b46873677
SHA512-
8cb1f971817af505d7a763e66da2ef5ea75142f53986f804d591940a859e355beece3b51b5f0de3fa86aadc3d54105bce8eed0c9f0c875b3ed8a8a4b76885a8c